THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH KLAPP, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ELIZA RAMBERT, as Administratrix, etc., of FRANK GRANT, Deceased, Respondent, v. MERIDIAN SECURITIES CORPORATION, Appellant.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and grant a new trial, on the ground that the causal relation between the accident and the death was not established by a preponderance of the credible testimony.

VINCENT MILIO, as Administrator, etc., of HUGH MILIO, Deceased, Respondent, v. RAILWAY MOTOR TRUCKING COMPANY and WILLIAM P. McMANUS, Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND MURPHY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of JOHN STRACQUADANIO and Others Similarly Situated, Petitioners, Appellants, for a Final Order against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FRANCIS W. MARSHALL, Appellant, v. UNITED STATES REVIEW CORPORATION and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to reverse.

JOSEPH KANTOR, as Trustee for the Creditors of THE LAKEWOOD SHIRT COMPANY, INC., etc., Respondent, v. ISADORE JANOWITCH and Others, Defendants, Impleaded with THE NATIONAL CITY BANK OF NEW YORK and Another, as Executors, etc., of AARON LIPPER, Deceased, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of ALBERT J. CHIARAVALLE, Petitioner, Respondent, in Behalf of Himself and All Others Similarly Situated, for an Order Pursuant to Article 78 of the Civil Practice Act, to Compel the Performance of Certain Acts against PAUL J. KERN and Others, as the Municipal Civil Service Commission of the City of New York, Appellants.— Order unanimously modified by directing defendants to admit to the promotion examination for Court Stenographer the stenographers and typewriters, grades 4 and 5 (reporting stenographers), the stenotypists, grades 2 and 3, and the stenographers (Law), grade 3, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of TORPEDO DRESS CORP., Assignor, to BERNARD H. LEVINE, Assignee, Respondent. THE CITY OF NEW YORK, Claimant, Appellant; STATE OF NEW YORK, Claimant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the claimant, respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.